# UNITED STATES COURT OF INTERNATIONAL TRADE
## NEW YORK, NEW YORK

BEFORE: UNASSIGNED

———————————————————————————— )
EVRAZ INC. NA )
                         )
        Plaintiff, )
                         )
        v. )       Ct. No. 20-03869
                         )
UNITED STATES )
                         )
        Defendant. )
———————————————————————————— )

## COMPLAINT

Plaintiff EVRAZ Inc. NA ("EVRAZ" or "Plaintiff"), by and through its undersigned counsel, alleges and states as follows:

## NATURE OF THE ACTION

1. This action concerns Defendant's unlawful processing and denial of requests for exclusion from tariffs imposed under Section 232 of the Trade Expansion Act of 1962, as amended, 19 U.S.C. § 1862 ("Section 232"). In particular, this Complaint focuses on Defendant's unlawful denial of exclusion requests filed by EVRAZ as described below.

2. The President of the United States has authority under Section 232 to impose restrictions on certain U.S. imports following an investigation that properly concludes that the imports in question are being brought into the United States "in such quantities or under such circumstances as to threaten to impair the national security." 19 U.S.C. § 1862(c)(1)(A).

3. In March 2018, acting pursuant to Section 232, President Donald J. Trump issued Proclamation No. 9705 imposing 25 percent *ad valorem* tariffs on certain imports of steel products. *See Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United*

*States,* 83 Fed. Reg. 11,625 (Mar. 15, 2018) (hereinafter "*Proclamation 9705*"). While Canada and Mexico were initially excluded from those tariffs, Pursuant to Proclamation 9740, and beginning June 1, 2018, the Section 232 tariffs also applied to steel imports from Canada and Mexico. S*ee Proclamation 9740 of April 30, 2018, Adjusting Imports of Steel into the United States*, 83 Fed. Reg. 20,683, 20,684 (Apr. 30, 2018) (hereinafter "*Proclamation 9740*"). The President subsequently removed tariffs on steel imports from Canada and Mexico from May 20, 2019 moving forward. *See Proclamation 9894 of May 19, 2019, Adjusting Imports of Steel into the United States*, 84 Fed. Reg. 23,987 (May 23, 2019) (hereinafter "*Proclamation 9894"*).

4. Proclamation 9705 expressly authorized the U.S. Department of Commerce ("Commerce" or the "Department") to provide relief from the Section 232 tariffs for steel products "determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality," or based upon "specific national security considerations." *Proclamation 9705,* 83 Fed. Reg. at 11,627.

5. Pursuant to this Proclamation, Commerce developed a product exclusion process through which Commerce would grant an exclusion to the Section 232 tariff if the steel product in question was not "produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or based upon specific national security considerations." *Requirements for Submissions Requesting Exclusions From the Remedies Instituted in Presidential Proclamations Adjusting Imports of Steel Into the United States and Adjusting Imports of Aluminum Into the United States; and the Filing of Objections to Submitted Exclusion Requests for Steel and Aluminum,* 83 Fed. Reg. 12,106, 12,110 (Dep't Commerce Mar. 19, 2018) ("*Interim Final Rule*") (codified at 15 C.F.R. pt. 705, supp. 1); *see also Submission of Exclusion Requests and Objections to Submitted Requests for Steel and Aluminum,* 83 Fed. Reg. 46,026

(Dep't Commerce Sept. 11, 2018) ("*Revised Interim Final Rule*") (further developing the criteria that Commerce must consider in reviewing an exclusion request).

6. According to Commerce, the purpose of creating this exclusion mechanism was to:

> protect downstream manufacturers that rely on products not produced by U.S. domestic industry at this time. The guiding principle is that, if U.S. domestic industry does not or will not produce a given steel or aluminum product of the quality needed by users in the United States, companies that rely on those products will not pay duties on them.

*Revised Interim Final Rule* at 83 Fed. Reg. 46,038–39.

7. EVRAZ has the only steel plate mill in the Western United States, located in Portland, Oregon, where it produces armored plate products critical to defense and national security of the United States; other discrete plate used in railcars, shipbuilding, construction, and various other industrial applications; and plate in coil used in pipeline pipe and other industrial applications. EVRAZ likewise produces large diameter welded pipe out of the same facilities, which help make EVRAZ the largest producer of large diameter line pipe in North America, serving the Canadian and U.S. pipe market for oil and gas transmission, vital to moving critical energy products from well sites to refineries for American energy security.

8. In order to produce these critical steel products, EVRAZ requires a reliable quantity of high-quality steel slab feedstock, and a sufficient, consistent supply of line pipe from its Canadian mills. Because these products are not available in the U.S. market in the quality and quantities that EVRAZ and its customers require, EVRAZ has historically imported these products.

9. In order to produce and supply these critical steel products and keep its Oregon facilities operational, EVRAZ filed eighty-eight requests for product exclusions from the Section

232 tariffs. Seventy-two of these exclusion requests covered slab of various chemical specifications and sizes which EVRAZ demonstrated were not available in the United States in the quality and quantity that EVRAZ required. Sixteen of these requests covered line pipe which EVRAZ likewise demonstrated was insufficiently available in the U.S. market.

10. Three U.S. industry members filed objections to EVRAZ's slab exclusion requests, and four U.S. industry members filed objections in response to EVRAZ's line pipe exclusion requests. In their respective objections, these domestic companies claimed, but failed to demonstrate with evidence, that they could satisfactorily produce all of the material (or sufficient substitutes) for which EVRAZ sought exclusion. EVRAZ rebutted these claims with evidence and documentation demonstrating that these purported suppliers (1) had previously failed to qualify the same products due to quality issues, (2) were unable to supply satisfactory substitute products, and (3) were unable to "immediately" supply the products for which exclusion was sought (*i.e.*, to supply these products within eight weeks).

11. Commerce issued virtually identical, rote, boilerplate denials to all eighty-eight of EVRAZ's exclusion requests. None of these denial notices, nor any associated memoranda or other documentation issued by Commerce even acknowledged, much less addressed, the information concerning the lack of domestic availability that was furnished on the record by EVRAZ. As a result of Commerce's denials, EVRAZ has unlawfully paid tens of millions of dollars in Section 232 duties on the products covered by the exclusion requests.

12. Commerce's failure to (i) verify the veracity and applicability of the objectors' claims; (ii) consider the evidence provided by EVRAZ that these companies are unable and/or unwilling to produce the subject products in the required quality or quantity; (iii) examine the evidence that a particular national security concern would be served in granting EVRAZ's

exclusion requests; and (iv) to provide any reasoned explanation of the basis for its denial of EVRAZ's exclusion requests, is arbitrary, capricious, and an abuse of discretion, in flagrant violation of the Administrative Procedure Act. *See* 5 U.S.C. §§ 701 *et seq.*

## JURISDICTION

13.     The Court has exclusive jurisdiction over the instant action pursuant to 28 U.S.C. § 1581(i)(2) and (4). Section 1581 confers "exclusive jurisdiction" to the Court over "any civil action commenced against the United States, its agencies, or its officers, that arises out of any law of the United States providing for . . . tariffs, duties, fees, or other taxes on the importation of merchandise for reasons other than the raising of revenue," 28 U.S.C. § 1581(i)(2), and "administration and enforcement with respect to the matters referred to in paragraphs (1)-(3) of this subsection {(i)}." *Id.* § 1581(i)(4).

## PARTIES

14.     Plaintiff EVRAZ, located in Chicago, Illinois, imports steel slab from Russia, Canada, and Mexico for production into various industrial applications at its Portland, Oregon mill. EVRAZ also imports line pipe from Canada. EVRAZ has made numerous customs entries and paid the applicable Section 232 tariffs on the products identified in **Table 1** to this Complaint, which provides a listing of EVRAZ's exclusion requests and the products covered by those requests.

15.     EVRAZ is deeply committed to the U.S. steelmaking industry. In addition to the critical products produced out of its Oregon mill, EVRAZ is also the largest producer of premium rail steel in North America, operating the only rail mill in Western North America. EVRAZ rail provides critical infrastructure to the United States and Canada. EVRAZ also produces oil country tubular goods in Colorado that have enabled America's "Energy

Renaissance" in the Bakken and western Texas that has spurred American energy independence. EVRAZ is a partner of the United Steelworkers, with over 2,000 union jobs.

16.    Defendant United States of America received payment of the disputed tariffs and is the statutory defendant under section 1581(i)(2) and (4), and is acting by and through Commerce.

## STANDING

17.    EVRAZ has standing because it is "adversely affected or aggrieved by agency action within the meaning of" the APA.  5 U.S.C. § 702; *see* 28 U.S.C. § 2631(i) ("Any civil action of which the Court of International Trade has jurisdiction . . . may be commenced in the court by any person adversely affected or aggrieved by agency action within the meaning of Section 702 of title 5.").

## TIMELINESS OF THE ACTION

18.    A plaintiff must commence an action under 28 U.S.C. § 1581(i)(1)(B) "within two years after the cause of action first accrues."  28 U.S.C. § 2636(i).

19.    The instant action contests Commerce's denial of EVRAZ's Section 232 exclusion requests.  Commerce denied these requests through published decision memos.  *See, e.g.*, BIS-2018-0006-0291, *BIS Decision Document – Steel Section 232 Remedy Exclusion Request*, Exclusion Request Number: BIS-2018-0006-0291 (Dep't Commerce, Feb. 19, 2019). Plaintiff's claims accrued at their earliest on February 19, 2019, when the Bureau of Industry and Security ("BIS") published its first Decision Memoranda denying an EVRAZ exclusion request. Plaintiff has therefore timely filed this action.

# PROCEDURAL HISTORY

## I.     The Section 232 Finding and Proclamation Imposing Tariffs

20.     The President of the United States has authority under Section 232 to impose restrictions on certain U.S. imports following an investigation that properly concludes that the imports in question are being brought into the United States "in such quantities or under such circumstances as to threaten to impair the national security."  19 U.S.C. § 1862(c)(1)(A).

21.     In March 2018, acting pursuant to Section 232, President Donald J. Trump issued Proclamation No. 9705 imposing 25 percent *ad valorem* tariffs on certain imports of steel products.  *See Proclamation 9705*, 83 Fed. Reg. 11,625.  While Canada and Mexico were initially excluded from those tariffs, Pursuant to Proclamation 9740, and beginning June 1, 2018, the Section 232 tariffs also applied to steel imports from Canada and Mexico.  S*ee Proclamation 9740* 83 Fed. Reg. 20,683, 20,684.  The President subsequently removed tariffs on steel imports from Canada and Mexico from May 20, 2019 moving forward.  *Proclamation 9894*, 84 Fed. Reg. 23,987 (May 23, 2019).

22.     These Section 232 tariffs applied to certain of EVRAZ's imports of Russian, Mexican, and Canadian slab products, as well as EVRAZ's imports of Canadian line pipe between June 1, 2018 and May 20, 2019.

## II.     BIS's Process for Exclusion from Section 232 Steel Tariffs

23.     Proclamation 9705 expressly authorized Commerce to provide relief from the Section 232 tariffs for steel products "determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality," or based upon "specific national security considerations."  *Proclamation 9705,* 83 Fed. Reg. at 11,627.

24.     On March 19, 2018, Commerce, acting through BIS, issued an interim final rule (codified at 15 C.F.R. pt. 705, supp. 1) setting forth the circumstances in which Commerce

would grant a tariff exclusion to directly affected U.S. businesses. *Interim Final Rule*, 83 Fed. Reg. 12,106. Specifically, Commerce stated that it would grant a company's exclusion request if Commerce determined that the steel article is not "produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or based upon specific national security considerations." *Id.* at. 12,110. Following a notice and comment period, on September 11, 2018, the Secretary supplemented the rules governing tariff exclusion requests by further defining each of the criteria that Commerce was using to administer exclusion requests. *See Revised Interim Final Rule*, 83 Fed. Reg. at 46,026.

25. Commerce defined the first criterion, "not produced in the United States in a sufficient and reasonably available amount," to mean if:

> the amount of steel that is needed by the end user requesting the exclusion is not available immediately in the United States to meet its specified business activities.
>
> *"Immediately" means whether the product is currently being produced or could be produced "within eight weeks"* in the amount needed *in the business activities of the user* of steel in the United States described in the exclusion request.

*Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(c)(6)(i) (emphasis added).

26. Commerce defined the second criterion, "not produced in the United States in a satisfactory quality," as follows:

> The exclusion review criterion "not produced in the United States in a satisfactory quality" does not mean that the steel needs to be identical, but it does need to be equivalent as a substitute product. "Substitute product" for purposes of this review criterion means that the steel being produced by an objector can meet "immediately" . . . the quality (e.g., industry specs or internal company quality controls or standards), regulatory, or testing standards, in order for the U.S. produced steel to be used in that business activity in the United States by that end user.

*Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(c)(6)(i).

27. Commerce's Rule plainly places the burden on an objector to demonstrate that it can produce the "substitute product" within the requisite timeframe:

> The objection should clearly identify, and provide support for, its opposition to the proposed exclusion, with reference to the specific basis identified in, and the support provided for, the submitted exclusion request. If the objector is asserting that it is not currently producing the steel identified in an exclusion request but can produce the steel within eight weeks (meaning the objector meets the definition of being able to supply the steel "immediately" in order to meet the demand identified in the exclusion request), the objector must identify how it will be able to produce the article within eight weeks. This requirement includes specifying in writing to the U.S. Department of Commerce as part of the objection, the timeline the objector anticipates in order to start or restart production of the steel included in the exclusion request to which it is objecting.

15 C.F.R. pt. 705, supp. 1(d)(4); *see also Revised Interim Final Rule*, 83 Fed. Reg. at 46,029 ("{i}f a U.S. supplier objects to an exclusion request, the burden is on that supplier to demonstrate that the exclusion should be denied because of failure to meet the specified criteria.").

28. With regard to the third criterion, "or for specific national security considerations," Commerce stated that this criterion

> is intended to allow the U.S. Department of Commerce, in consultation with other parts of the U.S. Government as warranted, to make determinations whether a particular exclusion request should be approved based on specific national security considerations. . . . The U.S. Department of Commerce, in consultation with the other parts of the U.S. Government as warranted, can consider other impacts to U.S. national security that may result from not approving an exclusion.

*Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(c)(6)(iii).

## III. EVRAZ's Requests for Exclusion from Section 232 Steel Tariffs

29.     Between April and August 2018, EVRAZ filed eighty-eight requests for exclusion from the Section 232 steel tariffs for certain alloy and non-alloy steel slab products from Russia, Canada, and Mexico, and certain line pipe steel products from Canada.  Please refer to **Table 1** for a listing of EVRAZ's exclusions requests.  In short, EVRAZ  filed:

- Seventy-two exclusion requests for imported steel slab from Russia, Canada, and Mexico, including:

  - Thirty-four exclusion requests for Russian-origin semi-finished slab of either iron, alloy, or non-alloy steel with minimum thickness ranging from 195mm to 295mm, with width no less than 1,525mm and no greater than 2,580mm, and length no less than 2,540mm and no greater than 10,160mm.

  - Thirty-four exclusion requests for Mexican-origin semi-finished alloy and non-alloy steel slab with minimum thickness ranging from 191mm to 242mm, width no less than 1,525mm and no greater than 1,955mm, and length no less than 2,500mm and no greater than 10,160mm.

  - Four exclusion requests for defense-application semi-finished steel slab of iron of alloy steel, with minimum thickness between 147mm and 249mm, width no less than 1,575mm and no greater than 1,955mm, and length no less than 2,540mm and no greater than 10,160mm;

- Sixteen exclusion requests for welded steel line pipe, including:

  - Eight exclusion requests for welded line pipe manufactured pursuant to API 5L specifications for use in the oil and gas sector with an expected outside diameter between 12" and 24", a wall thickness between 0.353" and 0.594", classified under HTSUS tariff items 7305.12.5000, 7305.19.5000 and 7306.19.5150; and

  - Eight exclusion requests for welded large diameter line pipe manufactured pursuant to API 5L specifications for use in the oil and gas sector with an expected outside diameter of 30" to 36" and wall thickness between 0.500" and 1.00", classified under HTSUS tariff item 7305.19.5000.

For the reasons addressed below, the record before Commerce supported granting each of EVRAZ's exclusion requests, and supports now that Commerce failed to adequately consider that record before issuing its rote, boilerplate denials.

## A. EVRAZ's Slab Exclusion Requests

30. EVRAZ sought exclusion for slab products from Russia, Canada, and Mexico in order to supply necessary feedstock to its Portland, Oregon mill. As documented in EVRAZ's exclusion request filings, that mill is the only plate mill on the West Coast (west of eastern Texas), and is thus uniquely situated to rapidly provide steel products for industries in the Western United States including shipbuilding, railcar manufacturing, wind tower building, and others. The Oregon mill's heat-treating facilities and specialized equipment also enable it to produce armored plate for defense purposes, including for the U.S. Department of Defense. *See, e.g.*, BIS-2018-0006-0255, EVRAZ Exclusion Request, Document No. BIS-2018-0006-0255, at Attachment 1 (Apr. 11, 2018).

31. As further documented in EVRAZ's exclusion request filings, in order to produce these products, EVRAZ requires high-quality slabs primarily with large section sizes – the majority of which need to be over 90" in width. *See, e.g.*, *id.* In particular, most products that EVRAZ produces at its Oregon plate mill require widths of 97" or 101." *See* BIS-2018-0006-0255, EVRAZ Rebuttal to U.S. Steel Objection, Document No. BIS-2018-0006-52413, at Attachment 1 (Sept. 18, 2018).

32. Three U.S. industry members objected to EVRAZ's exclusion requests: Nucor Corporation ("Nucor"), the American Line Pipe Producers Association ("ALPPA"), and United States Steel Corporation ("U.S. Steel"). These three companies objected to EVRAZ's slab exclusion requests with little variation, if any, in their objection filings. In essence, they argued, with scant evidence, that they (or in the case of ALPPA, that its members) could manufacture the slabs in the quality and quantity that EVRAZ required within the requisite timeframe, or that they could provide a sufficiently similar substitute product. The record evidence provided by EVRAZ, however, contradicted these unfounded assertions and establishes that the objectors

were in fact unable to meet their burden to demonstrate that they could adequately supply EVRAZ with the products for which exclusion was sought. Accordingly, and consistent with Commerce's "guiding principle" that "companies that rely on { } products" that "the U.S. domestic industry does not or will not produce" "will not pay duties on {those products}," EVRAZ was entitled to the steel slab exclusions that it sought consistent with 15 C.F.R. pt. 705, Supp. 1; *see also Revised Interim Final Rule,* 83 Fed. Reg. 46,026, 46,038–39.

   i. *The Steel Slab That EVRAZ Imports is "Not Produced in the United States in Sufficient and Reasonably Available Amount."*

  33. EVRAZ explained and documented in its exclusion requests that, as an initial matter, there is a structural deficit in the U.S. market for slab because the demand for slab far exceeds the commercial supply available. Slab in the United States is predominately produced by operators of integrated mills that require more slab for their own operations than they produce (*i.e.*, they have downstream product capacity that requires more slab than they are able to produce). Thus, even slab producers need to source additional slab in order to run their facilities at full capacity. This phenomenon has persisted in the U.S. market for the past two decades. As early as 2001, Commerce recognized this issue as part of its last Section 232 investigation, finding that most slab produced in the United States "is consumed within the . . . producer's facility for processing into finished steel products . . . very little semi-finished steel is available on the U.S. merchant market." The U.S. International Trade Commission likewise concluded around the same time that "the vast majority of U.S.-produced slabs are internally consumed . . . with a very small portion being sold on the commercial market." *See* BIS-2018-006-0255, EVRAZ Exclusion Request, Document No. BIS-2018-006-0255 at Attachment 1 (Apr.11, 2018) (providing excerpts of these determinations and an accompanying calculation of the 2018 U.S.

slab market deficit). This structural deficit continues today and necessitates imports of steel slab for producers like EVRAZ to maintain its operations.

34.    Additionally, the objectors to EVRAZ'S exclusion requests are both unable and unwilling to provide EVRAZ with sufficient quantities of the slab it requires from the U.S. market to supply EVRAZ's U.S. operations. Nucor and ALPPA both readily admitted that they are unable to produce the slab in question (offering up instead pipe products which clearly fall short of qualifying as "substitute" products because they do not have the same applications as slab). *See, e.g.*, BIS-2018-0006-0255, Nucor Objection, Document No. BIS-2018-0006-7438 (May 23, 2018); BIS-2018-0006-0255, ALPPA Objection, Document No. BIS-2018-0006-7443 (May 24, 2018); *see also Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(c)(6)(i) (explaining that a substitute product needs to be "equivalent" to the product for which exclusion was sought and needs to be able to be used in the business activity that the imported product was being used in). While U.S. Steel may be able to produce limited amounts of some products for which exclusion was sought, U.S. Steel was unable to demonstrate that it is a viable source of these products because (1) EVRAZ has so far been unable to qualify U.S. Steel slab products due to quality concerns, and (2) U.S. Steel consumes the majority of the slab that it produces itself, rendering it unable to consistently and reliably produce the volumes of slab required by EVRAZ's Oregon mill. *See, e.g.*, BIS-2018-0006-0255, EVRAZ Rebuttal, Document No. BIS-2018-0006-52413 (Sept. 18, 2018) and accompanying attachments.

35.    Finally, all three objectors failed to meet their burden to demonstrate that they could provide the slab that EVRAZ requires "immediately." The Department's regulation requires an objector who asserts that "it is not currently producing the steel identified in an exclusion request . . . {to} identify how it will be able to the produce the article within eight

weeks." *See* 15 C.F.R. pt. 705, supp. 1(d)(4). To meet its burden in this regard, the objector must "specify { } in writing . . . the timeline the objector anticipates in order to start or restart production of the steel included in the exclusion request to which it is objecting." *See id.* Nucor and ALPPA, who admitted being unable to make the product for which exclusion was sought, made no attempt to provide a timeline for them to produce the slab in question. On this basis alone, Commerce should have disregarded their objections. U.S. Steel likewise failed to provide a written timeline as required under Commerce's rule. *See, e.g.*, BIS-2018-0006-0255, U.S. Steel Objection, Document No. BIS-2018-0006-7441 (May 23, 2018); BIS-2018-0006-0255, U.S. Steel Sur-Rebuttal, Document No. BIS-2018-0006-68614 (Oct. 4, 2018). Regardless, EVRAZ demonstrated that the time that would be required to qualify U.S. Steel's product alone would far exceed the eight-week limitation specified in Commerce's regulation, and so U.S. Steel would likewise be unable to provide the particular products to EVRAZ "immediately" consistent with Commerce's regulation. *Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(c)(6)(i).

36. Thus, commerce's denial of EVRAZ's slab exclusion requests on the basis that slab "is produced in the United States in a sufficient and reasonably available amount" is unsupported by the record on which that determination was based.

      ii.    *The Steel Slab EVRAZ Imports is "not Produced in the United States in Satisfactory Quality."*

37. As described above, there is insufficient U.S. supply of U.S.-made slabs to satisfy EVRAZ's need; but, even if there were a sufficient quantity of slab capacity available, EVRAZ demonstrated that the slab produced by the U.S. producers is not of "satisfactory quality" to meet EVRAZ's needs.

38.     U.S. Steel is the only U.S. objector that claimed it was able to produce the slab that EVRAZ requires.  As noted in EVRAZ's exclusion requests, however, when EVRAZ previously tested trial slab from U.S. Steel in order to qualify it as a supplier, EVRAZ was unable to move forward with qualification due to large quality rejections within the batch of trial slab received.  *See, e.g.*, BIS-2018-0006-0255, EVRAZ Rebuttal to U.S. Steel Objection, Document No. BIS-2018-0006-5413, at Attachment 1 (Sept. 18, 2018).  U.S. Steel is still not qualified to provide slab to EVRAZ.  Notably, EVRAZ also offered in its exclusion requests to confidentially provide Commerce with additional documentation of quality issues relating to U.S.-sourced slab, but this offer was never taken up.  *See, e.g.*, BIS-2018-0006-0255, EVRAZ Exclusion Request, Document No. BIS-2018-0006-0255, at Attachment 1 (Apr. 11, 2018).  Commerce's finding that a "satisfactory quality" of slab products was available in the U.S. market was therefore likewise unsupported by the record.

> iii.     *Specific National Security Concerns Favored Granting EVRAZ's Slab Exclusion Requests.*

39.     In addition to the slab for which EVRAZ sought exclusion being insufficiently available in the quantity and quality required, EVRAZ demonstrated that specific national security concerns favored granting EVRAZ's exclusion requests – namely maintaining operations at a steel mill that supports the U.S. defense apparatus.  In particular, the exclusions were sought to ensure that EVRAZ could avoid disruptions in the Oregon mill's operation or having to idle that mill.  The Oregon mill's heat-treating facilities and specialized equipment are qualified to produce armored plate for defense purposes, including for the U.S. Department of Defense.  Armored Plate is used for heavy, medium, and light military vehicles (including tanks), add-on kits, personnel protection, VIP Armored cars, and security structures.  The Oregon mill has capacity to produce up to 10,000 tons of Armored Plate per month, all of which could be

entirely earmarked to the United States military through rated contracts. According to data publicly available from the website GovernmentContractswon.com, OSM was awarded ten different Department of Defense Contracts in 2007, 2008, and 2012, totaling over $48 million.

40. In short, EVRAZ demonstrated that it can and does supply material to the military from its Oregon mill. Ensuring that the Oregon mill has sufficient supply of slab to remain operational so that it can supply the Department of Defense with the steel that it needs is within the national security interest of the United States, and this specific interest alone was likewise sufficient for the Department of Commerce to grant EVRAZ's slab exclusion requests.

41. Indeed, several of the exclusions that EVRAZ sought for Canadian slab were sought so that EVRAZ could further process the imported slab into plate for heat-treated armor products for use in U.S. defense applications. Consistent with the Defense Federal Acquisition Regulation Supplement, slab that is melted and poured in Canada can be used in such applications, so EVRAZ sought this exclusion with this end-use in mind. *See, e.g.*, BIS-2018-0006-27296, EVRAZ Exclusion Request, Document No. BIS-2018-0006-27296.

42. In sum, EVRAZ's slab exclusion requests should have been granted because the record evidence demonstrated that (1) the domestic industry could not sufficiently supply the products for which exclusion was sought, (2) the U.S. industry also could not provide the required quality of those products, even assuming that it could produce the required quantity, and (3) there was a compelling, specific national security concern that warranted Commerce granting the exclusions.

**B. EVRAZ's Line Pipe Exclusion Requests**

43. Between July and September 2018, EVRAZ filed sixteen requests for exclusion from the Section 232 steel tariffs for a limited quantity of certain line pipe from Canada. Please refer to **Table 1** for a listing of EVRAZ's exclusion requests. The exclusions covered certain

API 5L specification ERW line pipe and certain HSAW large diameter welded line pipe for, all of which was designed for use in the oil and gas sector. Both groups of products are manufactured in Canada at EVRAZ's affiliated mills.

44. EVRAZ explained in its Section 232 tariff exclusion requests for line pipe that the U.S. supply of line pipe is simply not sufficient to satisfy EVRAZ's clients' purchase orders within a reasonable period of time (and certainly not "immediately"), which were placed prior to the imposition of Section 232 tariffs.

45. Though domestic producers may be capable of producing substitute products, EVRAZ demonstrated that a change in manufacturer would not likely be possible in any reasonable period of time in order to avoid an extended delay or layoff by the pipeline operator. *First*, EVRAZ explained that its customers would need to qualify new suppliers. *Second*, EVRAZ explained that as non-integrated producers, all U.S. mills would need to qualify and obtain the requisite raw materials prior to production. *Third*, EVRAZ explained that U.S. mills would not likely have sufficient short-term (*i.e.*, within less than eight weeks) capacity to produce the pipeline. *See, e.g.*, BIS-2018-0006-19276, EVRAZ Exclusion Request, Document No. BIS-2018-0006-19276 (June 8, 2018).

46. EVRAZ demonstrated that, taken together, this process could take ***months*** longer than the timeline set forth by the pipeline operator, and certainly longer than the eight weeks that BIS's regulations outline, as discussed further below. This ultimately could result in the American pipeline operators idling or laying off their workforce, delaying installation of the pipe, and causing economic harm to the pipeline operator. *See id*.

47. Additionally, EVRAZ explained that its line pipe exclusion requests implicated national security considerations because oil and gas pipelines are critical infrastructure for

American energy independence. Moreover, they are critical to safe, efficient movement of energy across North America. *See id.*

48. Four U.S. industry members filed the same rote objections to EVRAZ's line pipe exclusion requests. Specifically, American Line Pipe Producers Association ("ALPPA") and Berg Steel Pipe Corp ("Berg") each objected to eleven of EVRAZ's line pipe exclusion requests. Stupp Corporation ("Stupp") objected to fifteen of EVRAZ's line pipe exclusion requests. And American Cast Iron Pipe objected to three of EVRAZ's line pipe exclusion requests. All four sets of objections failed to demonstrate that EVRAZ's pipe products were "produced in the United States in a sufficient and reasonably available amount" or "in a satisfactory quality." Consequently, the record before Commerce supported granting each of EVRAZ's exclusion requests, and supports now that Commerce failed to adequately consider that record before issuing its rote, boilerplate denials.

       i.   *EVRAZ's Line Pipe Imports Are "Not Produced in the United States in Sufficient and Reasonably Available Amount."*

49. ALPPA's objections stated that its members are capable of producing the finished product and/or an acceptable substitute in a sufficient amount "immediately," noting that domestic producers could produce the steel product within forty-five days on average. *See, e.g.*, BIS-2018-0006-19214, ALPPA Objection, Document No. BIS-2018-0006-37392 (Aug. 15, 2018) ("ALPPA Objection"). Similarly, Berg cited a forty-five day production time, arguing that its two pipe mills with unutilized capacity could have produced 100% of the needed products at the requisite quality. *See, e.g.*, BIS-2018-0006-19214, Berg Objection, Document No. 0006-37386 (Aug. 15, 2018) ("Berg Objection").

50. However, ALPPA and Berg failed entirely to provide evidentiary support for these naked assertions. For example, Berg's objections include a letter from its President and

CEO, which provides no material proof of Berg's ability to provide line pipe in a sufficient amount "immediately." *See id.* Rather, this letter summarily concluded that these requirements were met. *See, e.g.*, BIS-2018-0006-19276, Letter to Secretary of Commerce Wilbur Ross, from Berg, *EVRAZ Inc. NA Canada's requests for exclusions of 24", 30", and 36" pipe* (July 27, 2018), Document No. BIS-2018-0006-37553. These statements do not meet "the burden [that is on a] supplier to demonstrate that the exclusion should be denied because of failure to meet that specific criteria." *Revised Interim Final Rule*, 83 Fed. Reg. 46,026, 46,029 (Sept. 11, 2018).

51.     Stupp also asserted that it was currently manufacturing or could "immediately" manufacture the products identified in the line pipe exclusion requests. But this claim is even more tenuous than those made by ALPPA and Berg. *See, e.g.*, BIS-2018-0006-19214, Stupp Objection, Document No. BIS-2018-0006-37398 (Aug. 15, 2018). For example, according to certain Stupp objections, its facility in Baton Rouge, Louisiana was idled at the time of the submission. *See e.g.,* BIS-2018-0006-19276, Stupp Objection, Document No. BIS-2018-0006-37560 (Aug. 15, 2018). However, Stupp did not specify its anticipated timeline to restart production as required by Commerce's regulations. *See id.* (stating "{i}f the objector is asserting that it is not currently producing the steel identified in an exclusion request but can produce the steel within eight weeks… the objector must identify how it will be able to produce the article within eight weeks."). Specifically, Commerce's regulation prompts objectors who allege that they could begin production of a product for which exclusion was sought to submit "a summary timeline that specifies the steps that will occur over the weeks needed to produce that steel{.}" *Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(d)(4).

52.     Not only did Stupp fail to provide any additional evidence supporting its assertions that it could produce the products "immediately," but it also provided contradicting

data in certain objections. For example, in response to question 3.c. of BIS's Objection Filing template, Stupp stated that it would take up to 345 days to manufacture the applicable steel product. *See e.g.,* BIS-2018-0006-19276, Stupp Objection, Document No. 2018-0006-37560 (Aug. 15, 2018). Other timeframes that Stupp provided were shorter, but nonetheless remained well outside of the requisite eight-week production period that Commerce defined as permitting objectors to claim that they could produce a product "immediately." *See, e.g.*, BIS-2018-0006-19305, Stupp Objection, Document No. BIS-2018-0006-37760 (Aug. 15, 2018).

53. Notably, Stupp was the only objector to four of EVRAZ's line pipe exclusions. *See* BIS-2018-0006-44795, BIS-2018-0006-44802, BIS-2018-0006-44808, and BIS-2018-0006-44815. In three of these exclusions, Stupp explicitly provided production timelines that exceeded eight weeks. Based on Stupp's own admissions, Commerce should have acknowledged that Stupp's claims that it could begin supplying these products within eight weeks lacked any factual basis, and accordingly was required to disregard these unfounded claims. *Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(c)(6)(i).

54. Moreover, in Stupp's fourteen surrebuttals, Stupp explicitly acknowledged that it could not produce the covered products within eight weeks, despite affirmatively responding that it could in its objections. *See e.g.,* BIS-2018-0006-19214, Stupp Surrebuttal, Document No. BIS-2018-0006-72661 (Oct. 9, 2018). Stupp claimed that no mill would be able to produce the required line pipe "immediately" given the size of the projects EVRAZ had contracted for as well as the custom nature of the required line pipe. *See id*. Stupp, not being able to meet Commerce's regulatory definition of "immediately," substituted in its own definition, arguing that it could produce the products immediately in terms of widely accepted industry standards. *See id*. Yet, Commerce previously rejected similar positions—commenters on Commerce's

Interim Final Rule advocated for the timeline to be lengthened because the definition of "immediately" was too rigid. Commerce disagreed and said that the definition "is appropriate and requires no lengthening or shortening." *Revised Interim Final Rule*, 83 Fed. Reg. at 46,036. Accordingly, Stupp's admitted inability to meet the timeline outlined in Commerce's regulation confirms that Stupp is unable to provide a "sufficient and reasonably available amount" of the line pipe for which exclusion was sought "immediately."

ii. *EVRAZ's Line Pipe Imports Are "Not Produced in the United States in Satisfactory Quality."*

55. ALPPA, Berg, and Stupp all claimed in their objections that they, or their members, were capable of producing line pipe to EVRAZ's specifications. *See e.g.,* BIS-2018-0006-19214, ALPPA Objection, Document No. BIS-2018-0006-37392 (Aug. 15, 2018); BIS-2018-0006-19214, Berg Objection, Document No. BIS-0006-37386 (Aug. 15, 2018); BIS-2018-0006-19276, Stupp Objection, Document No. BIS-2018-0006-37560 (Aug. 15, 2018). Similarly, Berg and Stupp reiterated these claims in their respective surrebuttals. Additionally, American Cast Iron Pipe, which submitted surrebuttals in place of ALPPA, asserted that it was capable of producing the line pipe in EVRAZ's exclusion requests to the requisite specifications. *See e.g.,* BIS-2018-0006-19214, American Cast Iron Pipe Surrebuttal, Document No. BIS-2018-0006-72642 (Oct. 9, 2018).

56. However, none of these filings were supported with documentary evidence. These bare assertions do not meet Commerce's "high and consistent review standard" that it applied to objectors. *Revised Interim Final Rule*, 83 Fed. Reg. at 46,038. Objectors must meet the burden of demonstrating that exclusions should be denied, and unsupported allegations do not meet that bar. *Id.* at 46,029.

   iii. *EVRAZ's Line Pipe Imports Should Be Excluded "Based Upon Specific National Security Considerations."*

  57. ALPPA and Stupp also argued that EVRAZ had failed to provide a national security reason for its line pipe exclusion requests. *See, e.g.*, ALPPA Objection; BIS-2018-0006-19305, Stupp Objection, Document No. BIS2018-0006-37760 (Aug. 15, 2018). However, as explained in EVRAZ's exclusion requests and rebuttals, the exclusions would support continued oil and gas pipeline investment in the United States, which is critical to national security and American energy independence. *See, e.g.*, BIS-2018-0006-19305, EVRAZ Rebuttal to Stupp Objection, Document No. BIS-2018-0006-58194 (Sept. 16, 2018). *First*, Commerce expressly acknowledged the importance of oil and gas pipelines in its interim regulation governing exclusions: "the exclusion process [is] there to fill any temporary gaps in the U.S. supply to ensure that companies, ***such as those involved in oil and gas exploration and production***…will have the steel and aluminum they need to continue to invest in the United States." *Revised Interim Final Rule*, 83 Fed. Reg. at 46,028 (emphasis added). *Second*, from a national security standpoint, Commerce clarified that the U.S. military's needs are not the only relevant national security concerns. Rather, Commerce "can consider other impacts of U.S. national security that may result from not approving an exclusion (*e.g.*, the unintended impacts that may occur in other downstream industries using steel)." *Revised Interim Final Rule*, 83 Fed. Reg. at 46,058; 15 C.F.R. pt. 705, supp. 1(c)(6)(iii). Energy security is one such national security concern.

## IV. Commerce's Administrative Record

  58. In recent cases brought by similarly-situated plaintiffs challenging BIS's denial of their exclusion requests, it has come to light that there were extensive off-record discussions between Commerce and parties whose interests were adverse to the plaintiffs in relation to product exclusion requests. Plaintiffs were offered no opportunity to review or comment on

those communications. *See JSW Steel (USA) Inc. v. United States*, Court No. 19- 00133; *Borusan Mannesmann Pipe U.S., Inc. v. United States*, Court No. 20-00012 ("*Borusan*"); *NLMK Indiana, LLC and NLMK Pennsylvania, LLC v. United States*, Court No.20-00050 ("*NLMK*").

## V.     Commerce's Assistant Inspector General Management Alert

59.     A management alert later issued by Commerce's Assistant Inspector General for Audit and Evaluation also suggests improper influence in the Section 232 exclusion request review process. The management alert states that:

> Department officials and interested parties have discussed information about pending exclusion requests that was not included in the official record. Following some of these off-record communications, Department officials took subsequent action consistent with such communications, giving the appearance that the Section 232 exclusion request review process is not transparent and that decisions are not rendered based on evidence contained in the record. Additionally, the Bureau of Industry and Security (BIS) changed an internal criterion used to review exclusion requests before posting them online at the request of an objector, creating the perception of undue influence.

Information Memorandum for Secretary Ross from Carol N. Rice, Assistant Inspector General for Audit and Evaluation, "*Management Alert: Certain Communications by Department Officials Suggest Improper Influence in the Section 232 Exclusion Request Review Process Final. Memorandum No. OIG-20-003-M*" (Oct. 28, 2019), provided at **Attachment 1**.

## VI.     The Department of Commerce's Denial of EVRAZ's Requests for Exclusion

60.     Between February 2019 and March 2020, Commerce denied all of EVRAZ's eighty-eight exclusion requests. The memoranda supporting the denials included nearly identical boilerplate language.

61.     First, fifty-nine of EVRAZ's eighty-eight exclusion requests denials included boilerplate language indicating EVRAZ had not filed a complete submission due to an alleged inconsistency between the HTSUS provision under which exclusion was sought and certain

product specifications detailed in EVRAZ's exclusion requests. Seven out of EVRAZ's eighty-eight exclusion requests were denied exclusively on this ground.

62. This rote basis for denying EVRAZ's exclusion requests on the basis of tariff classification considerations is insufficient, is inconsistent with Commerce's regulations governing exclusion requests, and is only relevant to the United States' CBP's administration of any eventual exclusion. CBP's "advice" that the chemistry or other specification listed in EVRAZ's exclusion requests is inconsistent with the tariff provision asserted in the exclusions requests is legally immaterial to BIS' substantive consideration of the exclusion requests and an insufficient basis on which to deny them. That is, should any of the exclusions that are the subject of this litigation be granted, the exclusion(s) would only apply to products that squarely fit within the HTSUS code identified in the exclusion request(s).

63. Second, Commerce repeated the following conclusory statement in its decision memoranda with respect to most of EVRAZ's exclusion requests:

> In examining whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, ITA recommends finding, based on all of the evidence presented, that the product referenced in the above-captioned exclusion request is produced in the United States in a sufficient and reasonably available amount and of a satisfactory quality, and recommends denying the request for an exclusion.

> BIS accepts ITA's recommended findings as to the domestic availability of the product, and finds that no overriding national security concerns require that this exclusion request be granted notwithstanding the domestic availability.

64. Eighty-one of BIS's eighty-eight exclusion denial memoranda include this language. Commerce's decision notices offered no further explanation or consideration of the information placed on the record by EVRAZ and other parties. Nor did Commerce provide any other memoranda or other documentation explaining or substantiating its determinations.

## STATEMENT OF CLAIMS

## COUNT ONE

## (VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 701-706)

65.     Paragraphs 1 through 64 are incorporated by reference.

66.     The Administrative Procedure Act authorizes the Court to hold unlawful and set aside agency action that is: "(A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; (B) contrary to constitutional right, power, privilege, or immunity; (C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right; (D) without observance of procedure required by law; [or] (E) unsupported by substantial evidence." 5 U.S.C. § 706(2).

67.     Defendant's finding that the products subject to EVRAZ's exclusion requests were "produced in the United States in a sufficient and reasonably available amount and of a satisfactory quality," and subsequent denial of EVRAZ's requests for exclusion from the 232 Steel tariffs was arbitrary and capricious because Defendant (1) failed to meaningfully consider relevant factors when making its determinations, (2) failed to adequately explain its rationale for its determinations, and (3) failed to meaningfully consider the evidence before it.

68.     Defendant's failure to "observe{} procedure required by law" resulted in the unlawful imposition of Section 232 tariffs on EVRAZ's imports and thus must be held "unlawful and set aside" by this Court. 5 U.S.C. § 706(2).

## COUNT TWO

## (VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 701-706)

69.     Paragraphs 1 through 68 are incorporated by reference.

70.     In finding that there were no specific national security concerns that mandated BIS to grant EVRAZ's exclusion requests, Commerce (1) failed to meaningfully consider relevant factors when making its determinations, (2) failed to adequately explain its rationale for its determinations, and (3) failed to meaningfully consider the evidence before it, and thus its determinations were "arbitrary, capricious, and abuse{s} of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706.

71.     These unlawful determinations resulted in Section 232 tariffs being unlawfully collected on EVRAZ's imports, and these determinations must therefore be set aside. 5 U.S.C. § 706.

## COUNT THREE

## (VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 701-706)

72.     Paragraphs 1 through 71 are incorporated by reference.

73.     Commerce's denial of selected EVRAZ exclusion requests based on a determination that certain of EVRAZ's exclusion requests were "incomplete" because certain specifications of the products in the exclusion requests were allegedly inconsistent with the HTSUS provision under which exclusion was sought (for example, they spilled over into two HTSUS subheadings) is legally irrelevant to whether EVRAZ qualified for the exclusions sought, is unsupported by record evidence, and Commerce's denial of the exclusions on that basis was therefore "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2).

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests that this Court

(1)     enter judgment in favor of Plaintiff and declare that Defendant's denials of EVRAZ's exclusion requests were arbitrary and capricious or otherwise unlawful in violation of the APA (5 U.S.C. §§ 701 *et seq.*);

(2)     declare that EVRAZ is entitled to the requested exclusions from the Section 232 steel tariffs, in accordance with *Steel Proclamation 9705* and 15 C.F.R. pt. 705, supp. 1, and order Commerce to instruct U.S. Customs and Border Protection to refund the Section 232 tariffs previously paid by EVRAZ;

(3)     alternatively, remand the matter to Commerce for proper treatment and consideration, in accordance with the standards set forth in the *Revised Interim Final Rule* and the requirements of the APA; and

(4)     Grant such additional relief as may be just and proper.

Respectfully submitted,
/s/ H. Deen Kaplan
Craig A. Lewis
Jonathan T. Stoel
Jared R. Wessel
Maria A. Arboleda
Nicholas W. Laneville

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5799
Deen.kaplan@hoganlovells.com

*Counsel to EVRAZ Inc. NA*

Date: November 20, 2020

**Table 1**

| EVRAZ 232 EXCLUSION REQUEST SUBMISSIONS | | | | | |
|---|---|---|---|---|---|
| **ID NUMBER** | **Product Category** | **Product Description** | **HTSUS** | **Country of Origin** | **Quantity (Kgs)** |
| BIS-2018-0006-0255 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195 mm and a maximum of 205 mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 151,485,378.00 |
| BIS-2018-0006-0257 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195 mm and a maximum of 205 mm, a width of a minimum of 2320mm and a maximum of 2370mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 11,241,449.00 |
| BIS-2018-0006-0260 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 295mm and a maximum of 305mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 8,225,450.00 |
| BIS-2018-0006-0264 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 93,495,953.00 |
| BIS-2018-0006-0266 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 2440mm and a maximum of 2490mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 47,367,778.00 |
| BIS-2018-0006-0269 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 2295mm and a maximum of 2345mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 4,798,179.00 |
| BIS-2018-0006-0270 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of with a minimum of 1830mm and a maximum of 1880mm, and length of a minimum of 2540mm and a maximum of | 7207120050 | Russia | 55,665,999.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | 10160mm. | | | |
| BIS-2018-0006-0271 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of with a minimum of 1830mm and a maximum of 1880mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 28,922,410.00 |
| BIS-2018-0006-0272 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of with a minimum of 1525mm and a maximum of 1575mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207200045 | Russia | 5,026,605.00 |
| BIS-2018-0006-0274 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of with a minimum of 1700mm and a maximum of 1750mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 27,828,868.00 |
| BIS-2018-0006-0275 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of with a minimum of 1905mm and a maximum of 1955mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 16,802,543.00 |
| BIS-2018-0006-0278 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of with a minimum of 1525mm and a maximum of 1575mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 5,198,128.00 |
| BIS-2018-0006-0279 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of with a minimum of 1905mm and a maximum of 1955mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 10,578,863.00 |
| BIS-2018-0006-0281 | Semi-finished steel slab | Semi-Finished steel slab of iron or non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of with a minimum of 2145mm and a maximum of 2195mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 9,640,803.00 |

| | | | | | |
|---|---|---|---|---|---|
| BIS-2018-0006-0282 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207200045 | Russia | 6,268,077.00 |
| BIS-2018-0006-0284 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 2440mm and a maximum of 2490mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207200045 | Russia | 6,782,316.00 |
| BIS-2018-0006-0286 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207200045 | Russia | 3,837,598.00 |
| BIS-2018-0006-0288 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 295mm and a maximum of 305mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207200045 | Russia | 3,070,079.00 |
| BIS-2018-0006-0289 | Semi-finished steel slab | Semi-Finished steel slab of iron or non -alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 295mm and a maximum of 305mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207200045 | Russia | 3,070,079.00 |
| BIS-2018-0006-0291 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 2440mm and a maximum of 2490mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 40,852,535.00 |
| BIS-2018-0006-0293 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 87,145,377.00 |
| BIS-2018-0006-0466 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 2440mm and a maximum of 2490mm, and length of a minimum of 2540mm and a | 7224900055 | Russia | 594,089.00 |

| | | maximum of 10160mm. | | | |
|---|---|---|---|---|---|
| BIS-2018-0006-0467 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 9,197,603.00 |
| BIS-2018-0006-0468 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 295mm and a maximum of 305mm, a width of a minimum of 2530mm and a maximum of 2580mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 5,908,449.00 |
| BIS-2018-0006-0469 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 1830mm and a maximum of 1880mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 6,785,620.00 |
| BIS-2018-0006-0470 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 1905mm and a maximum of 1955mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 4,643,188.00 |
| BIS-2018-0006-0471 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 1830mm and a maximum of 1880mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 2,547,569.00 |
| BIS-2018-0006-0472 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 1905mm and a maximum of 1955mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 6,576,372.00 |
| BIS-2018-0006-0473 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 1905mm and a maximum of 1955mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 6,576,372.00 |
| BIS-2018-0006-0475 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 1575mm and a maximum of 1625mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 3,587,112.00 |

| BIS-2018-0006-0476 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 1575mm and a maximum of 1625mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 887,956.00 |
| --- | --- | --- | --- | --- | --- |
| BIS-2018-0006-0477 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 245mm and a maximum of 255mm, a width of a minimum of 2145mm and a maximum of 2195mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 896,778.00 |
| BIS-2018-0006-0479 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195mm and a maximum of 205mm, a width of a minimum of 1905mm and a maximum of 1955mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7224900055 | Russia | 14,643,188.00 |
| BIS-2018-0006-0640 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of a minimum of 195 mm and a maximum of 205 mm, a width of with a minimum of 2440mm and a maximum of 2490mm, and length of a minimum of 2540mm and a maximum of 10160mm. | 7207120050 | Russia | 322,044,204.00 |
| BIS-2018-0006-18639 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, , produced in Mexico in accordance with HTS 7224900055 in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,725 mm (with a minimum of 1,700 mm and a maximum of 1750 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 566,991.00 |
| BIS-2018-0006-19005 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,855 mm (with a minimum of 1,830 mm and a maximum of 1880 mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 2,222,603.00 |
| BIS-2018-0006-19008 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,594 mm (with a minimum of 1,569 mm and a maximum of 1619 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 566,991.00 |

| BIS-2018-0006-19010 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,550 mm (with a minimum of 1,525 mm and a maximum of 1575 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 1,111,302.00 |
|---|---|---|---|---|---|
| BIS-2018-0006-19014 | Semi-finished steel slab | Semi-Finished steel slab of iron or alloy steel, , produced in Mexico in accordance with HTS 7224900055 in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,930 mm (with a minimum of 1,905 mm and a maximum of 1955 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 7,529,636.00 |
| BIS-2018-0006-19019 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,930 mm (with a minimum of 1,905 mm and a maximum of 1955 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 2,177,244.00 |
| BIS-2018-0006-19022 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,590 mm (with a minimum of 1,565 mm and a maximum of 1615 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 5,533,829.00 |
| BIS-2018-0006-19131 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTS 7207200045 with over 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,855 mm (with a minimum of 1,525 mm and a maximum of 1575 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207200045 | Mexico | 907,185.00 |
| BIS-2018-0006-19134 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,725 mm (with a minimum of 1,700 mm and a maximum of 1750 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 3,084,429.00 |

| BIS-2018-0006-19138 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, , produced in Mexico in accordance with HTS 7224900055 in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,830 mm (with a minimum of 1,805 mm and a maximum of 1855 mm), and length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 7,688,393.00 |
|---|---|---|---|---|---|
| BIS-2018-0006-19214 | API 5L ERW Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel: Line pipe of a kind used for oil or gas pipelines: Other, longitudinally welded, Of alloy steel - in accordance with HTS 7305125000, with an expected outer diameter of 24", with a minimum of 604mm and a maximum of 616mm-welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.353", with a minimum of 8.877 mm and a maximum of 9.056 mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305125000 | Canada | 27,891,074.00 |
| BIS-2018-0006-19218 | API 5L ERW Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel: Line pipe of a kind used for oil or gas pipelines: Other, longitudinally welded, Of alloy steel - in accordance with HTS 7305125000, with an expected outer diameter of 24", with a minimum of 604mm and a maximum of 616mm-welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.508", with a minimum of 12.774 mm and a maximum of 13.032 mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305125000 | Canada | 180,775.00 |
| BIS-2018-0006-19276 | API 5L Large Diameter Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), Line pipe of a kind used for oil or gas pipelines: having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel, other, of alloy steel - in accordance with HTSUS 7305195000, with an expected outer diameter of 30", with a minimum of 754mm and a maximum of 770mm- welded using the HSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.500", with a minimum of 12.573mm and a maximum of 12.827mm , made to specifications of American Petroleum Institute ("API") 5L Grade X65 | 7305195000 | Canada | 105,994,613.00 |

| | | | | | |
|---|---|---|---|---|---|
| BIS-2018-0006-19287 | API 5L Large Diameter Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), Line pipe of a kind used for oil or gas pipelines: having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel, other, of alloy steel - in accordance with HTSUS 7305195000, with an expected outer diameter of 30", with a minimum of 754mm and a maximum of 770mm- welded using the HSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.625", with a minimum of 15.716 mm and a maximum of 16.034mm , made to specifications of American Petroleum Institute ("API") 5L Grade X65 | 7305195000 | Canada | 3,649,937.00 |
| BIS-2018-0006-19293 | API 5L Large Diameter Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), Line pipe of a kind used for oil or gas pipelines: having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel, other, of alloy steel - in accordance with HTSUS 7305195000, with an expected outer diameter of 30", with a minimum of 754mm and a maximum of 770mm- welded using the HSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 1.00", with a minimum of 25.146 mm and a maximum of 25.654mm , made to specifications of American Petroleum Institute ("API") 5L Grade X65 | 7305195000 | Canada | 1,968,655.00 |
| BIS-2018-0006-19298 (Refiled as BIS-2018-0006-39042) | API 5L Large Diameter Line Pipe | Line pipe of a kind used for oil or gas pipelines: Longitudinally submerged arc welded: Of iron or non-alloy steel, With an external diameter exceeding 609.6 mm- in accordance with HTSUS 7305111060, with an expected outer diameter of 30", with a minimum of 754mm and a maximum of 770mm- welded using the LSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 78 ft., with a minimum of 22585mm and a maximum of 24384mm , and expected wall thickness of 0.688", with a minimum of 17.130 mm and a maximum of 17.650 mm , made to specifications of American Petroleum Institute ("API") 5L Grade X65 | 7305195000 | Canada | 1,968,655.00 |
| BIS-2018-0006-19305 | API 5L Large Diameter Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), Line pipe of a kind used for oil or gas pipelines: having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel, other, of alloy steel - in accordance with HTSUS 7305195000, with an expected outer diameter of 36", with a minimum of 905mm and a maximum of 924mm- welded using the HSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.750", with a minimum of 18.860mm and a maximum of 19.241mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305195000 | Canada | 29,882,148.00 |

| BIS-2018-0006-19319 | API 5L Large Diameter Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), Line pipe of a kind used for oil or gas pipelines: having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel, other, of alloy steel - in accordance with HTSUS 7305195000, with an expected outer diameter of 36", with a minimum of 905mm and a maximum of 924mm- welded using the HSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.600", with a minimum of 15.088mm and a maximum of 15.392mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305195000 | Canada | 733,397.00 |
| BIS-2018-0006-19332 | API 5L Large Diameter Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), Line pipe of a kind used for oil or gas pipelines: having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel, other, of alloy steel - in accordance with HTSUS 7305195000, with an expected outer diameter of 36", with a minimum of 905mm and a maximum of 924mm- welded using the HSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.600", with a minimum of 15.088mm and a maximum of 15.392mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305195000 | Canada | 349,859.00 |
| BIS-2018-0006-19341 | API 5L Large Diameter Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), Line pipe of a kind used for oil or gas pipelines: having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel, other, of alloy steel - in accordance with HTSUS 7305195000, with an expected outer diameter of 36", with a minimum of 905mm and a maximum of 924mm- welded using the HSAW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.515", with a minimum of 12.950mm and a maximum of 13.212mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305195000 | Canada | 788,652.00 |
| BIS-2018-0006-19345 | API 5L ERW Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel: Line pipe of a kind used for oil or gas pipelines: Other, longitudinally welded, Of alloy steel - in accordance with HTSUS 7305125000, with an expected outer diameter of 24", with a minimum of 604mm and a maximum of 616mm- welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 20848mm and a maximum of 24384mm , and expected wall thickness of 0.375", with a minimum of 9.43mm and a maximum of 9.62mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305195000 | Canada | 45,415,341.00 |

| | | | | | |
|---|---|---|---|---|---|
| BIS-2018-0006-21248 | API 5L ERW Line Pipe | Other tubes and pipes (for example, welded, riveted or similarly closed), having circular cross sections, the external diameter of which exceeds 406.4 mm, of iron or steel: Line pipe of a kind used for oil or gas pipelines: Other, longitudinally welded, Of alloy steel - in accordance with HTSUS 7305125000, with an expected outer diameter of 20", with a minimum of 503mm and a maximum of 513mm-welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 38 ft., with a minimum of 11103mm and a maximum of 12161mm , and expected wall thickness of 0.594", with a minimum of 14.937mm and a maximum of 15.238mm , made to specifications of American Petroleum Institute ("API") 5L Grade X65 | 7305125000 | Canada | 11,648,255.00 |
| BIS-2018-0006-27294 | Semi-finished alloy Steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness.  The product is expected to have a thickness of a minimum of 249mm and a maximum of 259mm, a width of a minimum of 1830mm and a maximum of 1880mm, and length of a minimum of 2,540mm and a maximum of 10160mm. | 7224900055 | Canada | 16,329,330.00 |
| BIS-2018-0006-27296 | Semi-finished alloy Steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness.  The product is expected to have a thickness of a minimum of 249mm and a maximum of 259mm, a width of a minimum of 1905mm and a maximum of 1955mm, and length of a minimum of 2,540mm and a maximum of 10160mm. | 7224900055 | Canada | 5,443,110.00 |
| BIS-2018-0006-27299 | Semi-finished alloy Steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness.  The product is expected to have a thickness of a minimum of 147mm and a maximum of 157mm, a width of a minimum of 1830mm and a maximum of 1880mm, and length of a minimum of 2,540mm and a maximum of 10160mm. | 7224900055 | Canada | 10,886,220.00 |
| BIS-2018-0006-27303 | Semi-finished alloy Steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness.  The product is expected to have a thickness of a minimum of 147mm and a maximum of 157mm, a width of a minimum of 1575mm and a maximum of 1625mm, and length of a minimum of 2,540mm and a maximum of 10160mm. | 7224900055 | Canada | 21,772,440.00 |
| BIS-2018-0006-29575 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness.  The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,550 mm (with a minimum of 1,525 mm and a maximum of 1575mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 4,354,488.00 |
| BIS-2018-0006-29577 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness.  The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,725 mm (with a minimum of 1700 mm and a maximum of 1750mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 30,263,692.00 |

| BIS-2018-0006-29579 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,550 mm (with a minimum of 1525 mm and a maximum of 1575mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 3,810,177.00 |
|---|---|---|---|---|---|
| BIS-2018-0006-29580 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,930 mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 725,748.00 |
| BIS-2018-0006-29583 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 223 mm (with a minimum of 218 mm and a maximum of 228 mm), a width of 1,855 mm (with a minimum of 1830 mm and a maximum of 1880mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 1,451,496.00 |
| BIS-2018-0006-29584 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7207200045 made in Mexico. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,855mm (with a minimum of 1830 mm and a maximum of 1880mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207200045 | Mexico | 2,358,681.00 |
| BIS-2018-0006-29587 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7207200045 made in Mexico. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,855mm (with a minimum of 1830 mm and a maximum of 1880mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207200045 | Mexico | 6,858,319.00 |
| BIS-2018-0006-29593 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7207200045 made in Mexico. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,930mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207200045 | Mexico | 544,311.00 |

| BIS-2018-0006-29595 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, with 0.25 percent or greater carbon content, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7207200045 made in Mexico. The product is expected to have a thickness of 247 mm (with a minimum of 242mm and a maximum of 252 mm), a width of 1,930mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207200045 | Mexico | 544,311.00 |
|---|---|---|---|---|---|
| BIS-2018-0006-29597 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 196 mm (with a minimum of 191mm and a maximum of 201 mm), a width of 1,830mm (with a minimum of 1805 mm and a maximum of 1855mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 18,143,700.00 |
| BIS-2018-0006-29599 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 196 mm (with a minimum of 191mm and a maximum of 201 mm), a width of 1,855mm (with a minimum of 1830 mm and a maximum of 1880mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 22,679,625.00 |
| BIS-2018-0006-29602 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 196 mm (with a minimum of 191mm and a maximum of 201 mm), a width of 1,930mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 22,679,625.00 |
| BIS-2018-0006-29604 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 247 mm (with a minimum of 242mm and a maximum of 252 mm), a width of 1,590mm (with a minimum of 1565 mm and a maximum of 1615mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 7,257,480.00 |
| BIS-2018-0006-29605 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 247 mm (with a minimum of 242mm and a maximum of 252 mm), a width of 1725mm (with a minimum of 1700 mm and a maximum of 1750mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 7,257,480.00 |
| BIS-2018-0006-29606 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 247 mm (with a minimum of 242mm and a maximum of 252 mm), a width of 1930mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 40,823,325.00 |

| | | | | | |
|---|---|---|---|---|---|
| BIS-2018-0006-29611 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 247 mm (with a minimum of 242mm and a maximum of 252 mm), a width of 1930mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 40,823,325.00 |
| BIS-2018-0006-29612 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 196 mm (with a minimum of 191mm and a maximum of 201mm), a width of 1600mm (with a minimum of 1575 mm and a maximum of 1625mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 18,143,700.00 |
| BIS-2018-0006-29614 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 247 mm (with a minimum of 242mm and a maximum of 252mm), a width of 1600mm (with a minimum of 1575 mm and a maximum of 1625mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 3,701,315.00 |
| BIS-2018-0006-29617 | Semi-finished steel slab | Semi-Finished steel slab of iron of alloy steel, in a rectangular cross-section with a width at least 4 times the thickness in accordance with HTSUS 7224900055 made in Mexico. The product is expected to have a thickness of 223 mm (with a minimum of 218mm and a maximum of 228mm), a width of 1855mm (with a minimum of 1830 mm and a maximum of 1880mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7224900055 | Mexico | 5,443,110.00 |
| BIS-2018-0006-29621 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 196 mm (with a minimum of 191 mm and a maximum of 201 mm), a width of 1,855 mm (with a minimum of 1,830 mm and a maximum of 1880 mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 9,434,724.00 |
| BIS-2018-0006-29627 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,855 mm (with a minimum of 1,830 mm and a maximum of 1880 mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 2,902,992.00 |
| BIS-2018-0006-29632 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,590 mm (with a minimum of 1565 mm and a maximum of 1615mm), and expected length of a minimum of 2500 mm and | 7207120050 | Mexico | 29,211,357.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | a maximum of 10160 mm). | | | |
| BIS-2018-0006-29635 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 247 mm (with a minimum of 242 mm and a maximum of 252 mm), a width of 1,930 mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 4,717,362.00 |
| BIS-2018-0006-29639 | Semi-finished steel slab | Semi-Finished steel slab of iron or Non-alloy steel, not stainless, produced in Mexico in accordance with HTSUS 7207120050 with under 0.25 percent carbon, in a rectangular cross-section with a width at least 4 times the thickness. The product is expected to have a thickness of 223 mm (with a minimum of 218 mm and a maximum of 228 mm), a width of 1,930 mm (with a minimum of 1905 mm and a maximum of 1955mm), and expected length of a minimum of 2500 mm and a maximum of 10160 mm). | 7207120050 | Mexico | 725,748.00 |
| BIS-2018-0006-44795 | API 5L ERW Line Pipe | Other tubes, pipes and hollow profiles (for example, open seamed or welded, riveted or similarly closed), of iron or steel: Line pipe of a kind used for oil or gas pipelines, Other:, With an outside diameter exceeding 114.3 mm- in accordance with HTSUS7306195150, with an expected outer diameter of 16", with a minimum of 398mm and a maximum of415mm- welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 21506mm and a maximum of 22384mm , and expected wall thickness of 0.375", with a minimum of 9.335mm and a maximum of 9.716mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7305195000 | Canada | 14,424,242.00 |
| BIS-2018-0006-44802 | API 5L ERW Line Pipe | Other tubes, pipes and hollow profiles (for example, open seamed or welded, riveted or similarly closed), of iron or steel: Line pipe of a kind used for oil or gas pipelines, Other:, With an outside diameter exceeding 114.3 mm- in accordance with HTSUS7306195150, with an expected outer diameter of 16", with a minimum of 398mm and a maximum of415mm- welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 21506mm and a maximum of 22384mm , and expected wall thickness of 0.423", with a minimum of 10.529mm and a maximum of 10.959mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7306195150 | Canada | 558,826.00 |
| BIS-2018-0006-44808 | API 5L ERW Line Pipe | Other tubes, pipes and hollow profiles (for example, open seamed or welded, riveted or similarly closed), of iron or steel: Line pipe of a kind used for oil or gas pipelines, Other:, With an outside diameter exceeding 114.3 mm- in accordance with HTSUS7306195150, with an expected outer diameter of 12", with a minimum of 299mm and a maximum of 311mm- welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 21506mm and a maximum of 22384mm , and expected wall thickness of 0.469", with a minimum of 11.674mm and a maximum of 12.151mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7306195150 | Canada | 2,359,588.00 |

| | | | | | |
|---|---|---|---|---|---|
| BIS-2018-0006-44815 | API 5L ERW Line Pipe | Other tubes, pipes and hollow profiles (for example, open seamed or welded, riveted or similarly closed), of iron or steel: Line pipe of a kind used for oil or gas pipelines, Other:, With an outside diameter exceeding 114.3 mm- in accordance with HTSUS7306195150, with an expected outer diameter of 12", with a minimum of 299mm and a maximum of 311mm- welded using the ERW welding method, produced in Canada by EVRAZ, with an expected average pipe length of 72 ft., with a minimum of 21506mm and a maximum of 22384mm , and expected wall thickness of 0.563", with a minimum of 14.011mm and a maximum of 14.586mm , made to specifications of American Petroleum Institute ("API") 5L Grade X70 | 7306195150 | Canada | 2,359,588.00 |