# UNITED STATES COURT OF INTERNATIONAL TRADE

| Court No. 20-03825 | Court No. 20-03869 |
|---|---|
| N. AM. INTERPIPE, INC., *Plaintiff*, v. UNITED STATES, *Defendant.* | EVRAZ INC. NA, *et ano.*, *Plaintiffs*, v. UNITED STATES, *Defendant.* |
| **Court No. 21-00005** | **Court No. 21-00015** |
| AM/NS CALVERT LLC, *Plaintiff*, v. UNITED STATES, *Defendant.* | CALIFORNIA STEEL INDUS., INC., *Plaintiff*, v. UNITED STATES, *Defendant.* |
| **Court No. 21-00027** | **Court No. 21-00093** |
| VALBRUNA SLATER STAINLESS, INC., *Plaintiff*, v. UNITED STATES, *Defendant.* | VOESTALPINE HIGH PERFOR-MANCE METALS CORP., *et ano.*, *Plaintiff*, v. UNITED STATES, *Defendant.* |

Before: M. Miller Baker, Judge

## ORDER

For the reasons stated in Slip Opinion 21-66, issued today, and pursuant to USCIT R. 58(a), it is hereby **ORDERED** that the following motions filed in the above-referenced actions are **DENIED**:

- Case 20-3825, motion to intervene by United States Steel Corporation (ECF 12);

- Case 20-3869, motions to intervene by U.S. Steel (ECF 10) and American Cast Iron Pipe Company, Berg Steel Pipe Corp. and Berg Spiral Pipe Corp., and Stupp Corporation (ECF 17);

- Case 21-5, motion to intervene by U.S. Steel (ECF 9);

- Case 21-15, motion to intervene by U.S. Steel (ECF 12);

- Case 21-27, motion to intervene by Electralloy/G.O. Carlson (ECF 9); and

- Case 21-93, motions to intervene by Electralloy/G.O. Carlson (ECF 10), Crucible Industries LLC (ECF 13), and Ellwood City Forge Company and Ellwood Specialty Steel (ECF 16).

It is **FURTHER ORDERED** that the following motions filed in the above-referenced actions are **DENIED AS MOOT**:

- Case 21-5, motion for leave to file answer by U.S. Steel (ECF 10);

- Case 21-15, motion for leave to file answer by U.S. Steel (ECF 13);

- Case 21-27, motion for leave to file answer by Electralloy/G.O. Carlson (ECF 10); and

- Case 21-93, motions for leave to file answers by Electralloy/G.O. Carlson (ECF 11), Crucible Industries LLC (ECF 14), and Ellwood City Forge Company and Ellwood Specialty Steel (ECF 17).

Dated:   May 25, 2021            /s/ *M. Miller Baker*
         New York, New York      M. Miller Baker, Judge