## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| EVRAZ INC. NA, *et ano.*,     *Plaintiffs*, v. UNITED STATES,     *Defendant*. | Ct. No. 20-03869 <br><br> Before: M. Miller Baker, Judge |

### ORDER CONTINUING MEDIATION

Consistent with the court's prior order referring this matter to mediation before Judge Leo M. Gordon under USCIT Rule 16.1, it is hereby **ORDERED** that the period for the parties to conclude the mediation process is extended through and including April 29, 2022, and it is further **ORDERED** that the current stay of proceedings will remain in effect until the mediation process is concluded.

Dated:    March 15, 2022                              /s/ *M. Miller Baker*
               New York, New York               M. Miller Baker, Judge