IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| OREGON STEEL MILLS LLC, AND INTERPRO PIPE & STEEL INC. (formerly known as EVRAZ INC. NA AND EVRAZ INC. NA CANADA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 20-03869 |

## JOINT MOTION FOR STIPULATED JUDGMENT

Pursuant to Rules 7(b)(1) and 41(a)(2) of the Rules of this Court, plaintiffs, Oregon Steel Mills LLC and Interpro Pipe & Steel Inc. (collectively "Oregon Steel Mills" or "Plaintiffs"), and defendant, the United States, respectfully request that the Court enter the stipulated judgment filed concurrently with this motion.

The parties notify the Court that they have reached an agreement to resolve this matter without further litigation.  The parties

1

contemplate that, by entry of the stipulated judgment, this matter will be concluded, the case dismissed, and no further Court involvement will be required, except as may be necessary to ensure that the refunds have been paid in the amounts and manner provided for in ¶ 8 of the proposed stipulated judgment.

In order to effectuate the terms of the parties' settlement agreement and proposed stipulated judgment in as efficient a manner as possible, the parties respectfully request that the Court enter the accompanying stipulated judgment as soon as possible.

WHEREFORE, the parties respectfully request that the Court enter the accompanying stipulated judgment.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/H. Deen Kaplan
H. DEEN KAPLAN
HOGAN LOVELLS US LLP
Columbia Square.
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5799

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-2228
Email: Tara.Hogan@usdoj.gov

Attorneys for Plaintiffs
Oregon Steel Mills LLC and
Interpro Pipe & Steel Inc.

Attorneys for Defendant
The United States

April 17, 2026

3