Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                **FORM   M-2**

 OREGON STEEL MILLS LLC, AND
INTERPRO PIPE & STEEL INC.,

                      Plaintiff,

     v.

UNITED STATES,

                  Defendant.

**Court No.:** 20-03869

### REPORT OF MEDIATION

That pursuant to the Order of Referral dated  September 15, 2021   in this case,

I served as Judge Mediator for the mediation process between the parties in this

case.  The process was concluded on  April 16, 2026                        ;


   ✓   The mediation resulted in a settlement of all issues;


   ___   The mediation resulted in a partial settlement;


   ___   The mediation did not result in a settlement;


                        /s/ Leo M. Gordon
                        (Name)
                        Judge Mediator

DATED:      April 17, 2026
              New York, New York


(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)